UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-0297-GMN (LRL) |
| DOUGLAS MOREAU, | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On July 22, 2010, defendant DOUGLAS MOREAU pled guilty to a One-Count Criminal Indictment charging him with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Sections 1341 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant DOUGLAS MOREAU shall pay a criminal forfeiture money judgment of $150,000.00 in United States Currency to the United states of America, pursuant to Fed. R. Crim. P. 32.2(b)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DOUGLAS MOREAU a criminal forfeiture money judgment in the amount of $150,000.00 in United States Currency.

DATED this 27th day of July, 2010.

Gloria M. Navarro
United States District Judge