FILED ✓      RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 26 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-297-GMN (LRL) |
| ) | |
| DOUGLAS MOREAU, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on July 28, 2010, that DOUGLAS MOREAU shall pay a criminal forfeiture money judgment of $150,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DOUGLAS MOREAU a criminal forfeiture money judgment in the amount of $150,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 26 day of July 2011.

_____
UNITED STATES DISTRICT JUDGE